## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON SAWYER,** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 18-2024** |
| **BARRY SMITH** *et al.*, | : | |
| **Respondents.** | : | |

### <u>O R D E R</u>

**AND NOW**, this 1st day of April, 2019, upon consideration of Petitioner Brandon Sawyer's Motion to Stay Habeas Corpus Proceedings (Doc. No. 15), the Government's lack of opposition to the stay (Doc. No. 17), and the Report & Recommendation of U.S. Magistrate Judge Elizabeth T. Hey (Doc. No. 18), it is **ORDERED** that:

1.   The Report & Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;

2.   Mr. Sawyer's Motion to Stay (Doc. No. 15) is **GRANTED**;

3.   The Clerk of the Court shall put this case in **SUSPENSE**; and

4.   The parties shall notify the Court within 30 days of the conclusion of the state court proceedings so that the habeas petition may proceed in this Court, if necessary.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE